# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS OF WICHITA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 14-12103-ren |
| Sherman Lee Fields, and Terry Lyn Fields fka Terry Lyn ) | |
| Carter fka Terry Lyn Knox, *Debtor* ) | Chapter: 13 |
| ) | |
| U.S. Bank Trust National Association, as Trustee of the ) | |
| Preston Ridge Partners Investments II Trust, by SN Servicing ) | |
| Corp., loan servicing agent for *Creditor* ) | |
| ) | |
| vs. ) | |
| ) | |
| Sherman Lee Fields, and Terry Lyn Fields fka Terry Lyn ) | |
| Carter fka Terry Lyn Knox, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Laurie B. Williams, *Trustee* ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under U.S.C. §502. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of the Preston Ridge Partners Investments II Trust | Bayview Loan Servicing, LLC. |
| _____ | _____ |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): __16-1__ |
| | Amount of Claim: $81,500.10_____ |
| | Date of Claim Filed: _1/20/15___ |
| SN Servicing Corp. | |
| 323 5th Street | Phone: _800-457-5105_____ |
| Eureka, CA 95501 | Last Four Digits of Acct #: _1647_ |
| | |
| Phone: __800-603-0836_____ | |
| Last Four Digits of Acct #: __9061___ | |

Name and Address where transferee payments
should be sent (if different from above):

File No. 175533
Case No: 14-12103-ren

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SOUTH & ASSOCIATES, P.C.
/s/ Ashley B. Osborn
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 175533
Case No: 14-12103-ren

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this February 11, 2015 with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

Sherman Lee Fields
Terry Lyn Fields
344 South Holyoke Street
Wichita, KS 67218
**DEBTOR**

Rick E. Hodge, Jr.
Rick Hodge, Attorney at Law, L.C.
700 N Market
Wichita, KS 67214
**ATTORNEY FOR DEBTOR**

Laurie B. Williams
300 W. Douglas, Suite 650
Wichita, KS 67202
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202
**U.S. TRUSTEE**

SOUTH & ASSOCIATES, P.C.
/s/ Ashley B. Osborn
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 175533
Case No: 14-12103-ren